IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11123
Conference Calendar

_____

TERRENCE R. SPELLMON,

                                        Plaintiff-Appellant,

versus

RONALD DREWRY, Chief Warden, French
Robertson Unit, et al.,

                                        Defendants,

RONALD DREWRY, Chief Warden, French Robertson
Unit; JOEL YOUNG, Associate Warden, French
Robertson Unit; CHARLES BELL, Associate Warden,
French Robertson Unit; LAZARO MIRANDA, Sgt.,
French Robertson Unit; DANIEL HALL, Sgt.,
French Robertson Unit; SCHAFFER, Medical Doctor,
French Robertson Unit; SHERWOOD, Licensed
Vocational Nurse, French Robertson Unit; THOMAS
DRIVER; KERRY HALE; JOE D. TRUMBO; CURTIS
WALLACE, III; C. POE,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:94-CV-136
- - - - - - - - - -
August 15, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Terrence Spellmon, a Texas prisoner (# 486962), appeals the

magistrate judge's April 15, 1996, order granting the defendants'

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

motion to dismiss his 42 U.S.C. § 1983 civil rights action against the defendants in their official capacities, and the magistrate judge's August 19, 1996, order dismissing Spellmon's action as to defendants Strain and Webb.  Spellmon has expressly abandoned any claims against the defendants in their official capacities.  The district court correctly ruled that Spellmon's due process claims against Strain and Webb, in which he argued that prison disciplinary convictions resulted in the potential loss of good-time credits and parole eligibility, were meritless. See Sandin v. Conner, 115 S. Ct. 2293 (1995); Luken v. Scott, 71 F.3d 192, 193 (5th Cir. 1995), cert. denied, 116 S. Ct. 1690 (1996); Orellana v. Kyle, 65 F.3d 29, 32 (5th Cir. 1995), cert. denied, 116 S. Ct. 736 (1996).

AFFIRMED.